Christopher g. Valencia   #T05563
**Name and Prisoner/Booking Number**

Corcoran State Prison
**Place of Confinement**

P.O. Box 3466
**Mailing Address**

Corcoran CA. 93212
**City, State, Zip Code**

FILED
Mar 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Christopher g. Valencia,
(Full Name of Plaintiff) Plaintiff,

v.

(1) Deborah San Juan
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-cv-00360-EPG-(PC) _____
(To be supplied by the Clerk)

DEMAND JUREY TRIAL.

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Corcoran State Prison.

**B. DEFENDANTS**

1. Name of first Defendant: Deborah, San Juan. The first Defendant is employed as: "Held Responsible In Individual Capacity" Commissioner of Board of Parole Hearing (Position and Title) at Corcoran, B.P.H (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____ (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____ (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____ (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 3. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Christopher Valencia v. Dennis O'Connell — Lawyer
      2. Court and case number: N/A out of Rivers, De.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   b. Second prior lawsuit:
      1. Parties: Christopher Valencia v. Stu Sherman — Warden
      2. Court and case number: 1:20-CV-00399-HBK
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Settled as Dismissed

   c. Third prior lawsuit:
      1. Parties: Christopher Valencia v. Ken Clark — Warden
      2. Court and case number: 1-21-CV-00137 SAB
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 1st Amendment Due Process, 5th Amendment 7th Amendment violations.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Obstruction, Perversion of the Record by public official.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 8-19-21, acting in her individual capacitey, "Deborah San Juan" diliberately and indifferanly committed the act of obstruction, and perversion of evidance, and the record. When durring a official parole consideration hearing being conducted via through Zoom. Deborah San Juan intentionally deactivated audio and video equipment utilized durring said hearing. With the intentions of depriving the plaintiff of his due process rights, to be heard, to have a meaningfull hearing. Plaintiff became aware of this unlawfull action. When plaintiff noticed that every time that plaintiff spoke, the screen, and audio would shut off. So plaintiff confronted Deborah San Juan in regards to the possibilitey of the equipment malfunctioning. Plaintiff stated per transcript: "How come every time I speak the TV screen shuts off." And "Deborah San Juan" responded: "Don't worrie theres nothing wrong with the video equipment, I turned it off, I shut you off" I pressed the button no one wants to hear your "Bullshit". This is all recorded on original parole hearing transcripts, and on the digital record kept by the "B.P.H".

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Deprived of Due Process, and liberty intrest. My Constitutional standing was severly injrad, emotional distress, hypertention, serious depression, body aches, heart complications. Forced exsposure to persons with (Covid-19) - and out break area's, prison.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 8TH AmenDment. 5Th AmenDment 7Th AmenDment

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation by Public official
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON The DATE of 8-19-21, Plaintiff suffered The ACT and Attack of Retaliation By DEBORAH SAN JUAN. "DEBORAH SAN JUAN" ON AUGUST 19TH 2021 INFORMED The Plaintiff and Plaintiffs Attorney That if Plaintiff AttenDed His Parole consideration Hearing DEBORAH SAN JUAN would give Plaintiff A seven year Denile for WASTING The BoARDs TIME. DEBORAH SAN JUAN ADVISED Plaintiff off Record TO TAKE A Three year STIPulation and forgo BOARD. Plaintiff "Chose" To AttenD BOARD. and WAS Met with Hostilities Disguised under Policey. "DEBORAH SAN JUAN" Diliberatly and Indifferently, CARRIED out ACTS of Retaliation Due To Plaintiff AttenDing BoARD. Instead of ACCEPTING The STIPulation of 3 years. The ACTS of Retaliation RANgeD from The Intentional Concealment of Mitigating eviDance To Help Plaintiff 'Such' AS Positive Progress Reports and Certificates of Rehabilitation. employment and Housing offers. The Retaliation Also CAMe In The ferM of libal CURRuption of facts and Records, falsification of cRiminal Allegations and Accounts In order To suPort A unlAwfull 7 year Denite. The Retaliation WAS Clear, and on The RecorD!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   UnlAwfull confinement, Due Process liberty Intrest severe Injurey To My consititucial STAnDing. Personal emotional Distress, Hypertention, Heart complications, serious Depression.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 14TH AmenDment 5TH AmenDment 7TH AmenDment Violation.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: DiscriminaTion. By Public official

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The unlawfull ACT of Discrimination was committed against The "Plaintiff" on August 19th 2021. When DeBoRah San Juan, Manipulated and Tampered with Video and Audio Equipment Utilized During Parole Consideration Hearing. The Deliberate and Indifferant Act of Deactivating said equipment was Done with the Sole Intention of Depriving Plaintiff of His Right to Be Heard. DeBoRah San Juan Stated on official Record she purposely shut off Audio and Video feed Because she Believes, Plaintiff is full of "BullShit". and Some one like Me Deserves To Be In Prison for Seven More years. The Parole Hearing Transcripts Are RiDDled with "Discriminatory" Remarks and The Clear and Present fACT is No Matter what opinions A Commissioner Has Plaintiff Should Be given oppertunity to Speak and Have a Meaningfull Hearing. This was Not The case Plaintiff was Diliberately Attacked By DeBoRah San Jaun In Her INDiVidual Capacity. All Because Plaintiff Chose To Attend The Board Hearing Instead of Taking The () Stipulation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deprived of rights Injured Plaintiff. The Plaintiff suffered Injury To His Constitutional person, Emotional Distress P.T.S.D. Depression, Hyper Tention, Heart Complications.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I Seek Prosicution of Defendent in this Matter for the Actions and Criminal Asualts Against My "Person". Also for The Civil Infractions. I Pray The Courts Award Me what is Just and fair. In "Punitive", Compensatory, Moneteley Damages I Personally Am Seeking The Sum and Amount of $3,000,000.°° Three Million Dollars for The Unlawfull Actions Committed By "Deborah San Juan" In Her Individual Capacitey: Against my "Persons". Thank you.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-16-22               without prejudice
DATE                                  SIGNATURE OF PLAINTIFF
                                       3-16-22

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

Auth Rep
ATTN: Clerks.

" I Am Not with out funds I shall Send A "check" for The filing fees. As soon As The Prison Processes the The Payment from My Account."

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.