UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBORAH SAN JUAN.<br><br>　　　　Defendant. | Case No. 1:22-cv-00360-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

　　　　Plaintiff is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.[1]

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

\\\

\\\

\\\

\\\

\\\

---

[1] Plaintiff indicated that he has funds and is going to pay the filing fee (ECF No. 1, p. 6), but the Court has not received Plaintiff's payment.

1

**No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **April 22, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE