# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEBORAH SAN JUAN,<br><br>　　　　Defendant. | Case No. 1:22-cv-00360-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT CERTAIN CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(ECF Nos. 1 & 6)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE |

　　　Christopher Valencia ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　Plaintiff filed the complaint commencing this action on March 28, 2022.  (ECF No. 1). The Court screened Plaintiff's complaint.  (ECF No. 6).  The Court found that only the following claims should proceed past the screening stage: Plaintiff's Fourteenth Amendment due process claim against defendant San Juan and Plaintiff's retaliation claim against defendant San Juan.  (Id.).

　　　The Court gave Plaintiff thirty days to either: "a. File a First Amended Complaint; b. Notify the Court in writing that he does not want to file an amended complaint and instead wants to proceed only on his Fourteenth Amendment due process claim against defendant San Juan and his retaliation claim against defendant San Juan; or c. Notify the Court in writing that

he wants to stand on his complaint." (Id. at 9-10).  On July 1, 2022, Plaintiff notified the Court that he wants to proceed only on his Fourteenth Amendment due process claim against defendant San Juan and his retaliation claim against defendant San Juan.  (ECF No. 7).

     Accordingly, for the reasons set forth in the Court's screening order that was entered on June 17, 2022 (ECF No. 6), and because Plaintiff has notified the Court that he wants to proceed only on his Fourteenth Amendment due process claim against defendant San Juan and his retaliation claim against defendant San Juan (ECF No. 7), it is HEREBY RECOMMENDED that all claims and defendants be dismissed, except for Plaintiff's Fourteenth Amendment due process claim against defendant San Juan and his retaliation claim against defendant San Juan.

     These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

     Additionally, IT IS ORDERED that the Clerk of Court is directed to assign a district judge to this case.

IT IS SO ORDERED.

   Dated:  **July 11, 2022**             /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE