1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    CHRISTOPHER G. VALENCIA,                     Case No. 1:22-cv-00360-JLT-EPG (PC)

11                 Plaintiff,                       ORDER GRANTING DEFENDANT'S
                                                    REQUEST TO OPT OUT OF AN EARLY
12         v.                                       SETTLEMENT CONFERENCE

13    DEBORAH SAN JUAN,                              (ECF No. 25)

14                 Defendant.

15

16         This matter has been referred for an early settlement conference.  (ECF No. 16).  On

17  December 5, 2022, Defendant filed a request to opt out of the settlement conference.  (ECF No.

18  25).  According to Defendant, defense counsel has conducted a preliminary investigation and has

19  conferred with Plaintiff by telephone.  (Id. at 2).  "Having met and conferred, Defendant does not

20  believe a settlement conference will be productive at this time, and requests to opt out of the

21  Court's post-screening ADR project."  (Id.).

22         The Court will grant Defendant's request to opt out of an early settlement conference.[1]  A

23  settlement conference may be scheduled at a later date, if appropriate.

24  \\\

25  \\\

26  \\\

27  _____

         [1] Pursuant to the order regarding early settlement conference (ECF No. 16), Defendant did not need to file a
28  request to opt out of the early settlement conference.  Instead, Defendant should have filed a notice that Defendant is
    opting out of an early settlement conference.

                                                  1

1      Accordingly, it is ORDERED that Defendant's request to opt out of an early settlement

2   conference (ECF No. 25) is GRANTED.

3

4   IT IS SO ORDERED.

5      Dated:   **December 6, 2022**                    /s/ *Erica P. Grosjean*

6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28